UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICO JARRELL ET AL

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY ET AL

CIVIL ACTION

NO. 10-431-BAJ-DLD

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 7, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's Motion to Remand (rec. doc. 11) is hereby **GRANTED**, and this matter will be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, October _18_, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

19th JDC - certified copy